UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD SCOTT,<br><br>Plaintiff,<br><br>v.<br><br>DAN DAVIS, also known as DAN MACK,<br><br>Defendant. | CASE NO. 3:26-cv-05536-JNW<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Report and Recommendation ("R&R") of Magistrate Judge David W. Christel and Plaintiff Richard Scott's objections to the R&R come before the Court. Dkt. Nos. 7; 8. On June 24, 2026, Judge Christel ordered Scott to show cause why his complaint should not be dismissed for failure to state a claim. Dkt. No. 3. Because Scott's response failed to show cause, the R&R recommended dismissing this action for failure to state a claim. Dkt. No. 7. Scott filed timely objections to the R&R. Dkt. No. 8.

The Court has considered de novo the record, Scott's objections, and the portions of the R&R to which Scott objected. *United States v. Ramos*, 65 F.4th 427, 433 (9th Cir. 2023). Scott has not alleged an injury to support his denial of access

constitutional claim. *See* Dkt. No. 3 at 3 (citing *Lewis v. Casey*, 518 U.S. 343, 349 (1996)). The Court agrees with the R&R's analysis and conclusion that this case should be dismissed under Federal Rule of Civil Procedure Rule 12(b)(6).

The proposed order attached to the R&R orders dismissal with prejudice. But neither the order to show cause nor the R&R state whether dismissal should be with or without prejudice. Thus, the Court finds that dismissal should be without prejudice. Accordingly, the Court ORDERS:

1. The Court ADOPTS the Report and Recommendation.
2. The Court OVERRULES Plaintiff's objections. Dkt. No. 8.
3. Plaintiff's complaint is DISMISSED without prejudice, and this case is CLOSED.
4. The Clerk is DIRECTED to send copies of this Order to Plaintiff and to the Hon. David W. Christel.

Dated this 16th day of September, 2026.

Jamal N. Whitehead
United States District Judge